LYON & HEALY v. MUSICAL COURIER CO. (Supreme Court, Appellate Division, First Department. April 25, 1913.) Action by Lyon & Healy against the Musical Courier Company. No opinion. Motion denied. Order filed. See, also, 146 App. Div. 934, 131 N. Y. Supp. 1126.

In re McCAFFERTY. (Supreme Court, Appellate Division, Second Department. April 18, 1913.) In the matter of Charles J. McCafferty an attorney. No opinion. Motion granted, and respondent suspended from practice for a period of six months from the date of the entry of the order herein.

McCOY v. GAS ENGINE & POWER CO. et al. (Supreme Court, Appellate Division, Second Department. May 9, 1913.) Action by Daniel B. McCoy against the Gas Engine & Power Company and others. No opinion. Motion granted, on consents filed by all parties, and order signed. See, also, 152 App. Div. 642, 137 N. Y. Supp. 591.

McCREADY, Respondent, v. PENNSYLVANIA R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 21, 1913.) Action by James L. McCready against the Pennsylvania Railroad Company. No opinion. Judgment and order affirmed, with costs.

McGRATH, Appellant, v. BYRNES, Respondent. (Supreme Court, Appellate Division, Second Department. April 18, 1913.) Action by Nora McGrath against Ella Byrnes. No opinion. Order of the County Court of Kings County modified by providing that the judgment stand as security, and, as modified, affirmed, without costs.

McGRATH v. McGRATH et al. (Supreme Court, Appellate Division, Second Department. May 16, 1913.) Action by Francis G. McGrath against Michael J. McGrath and others. PER CURIAM. Interlocutory judgment of the County Court of Kings County modified, by striking therefrom the provision thereof which charges against the shares of Margaret, Elizabeth, Robert, and John J. Becker the amount of moneys advanced by the trustees to Annie M. Becker, deceased, and, as so modified, affirmed without costs. The undivided interests in the real property in question held by defendants Becker were not acquired by them through representation of Annie M. Becker, but under direct devise in the ninth clause of the will of Margaret McGrath, deceased, and therefore their said interests are not chargeable with any advances made to said Annie M. Becker.

McLAUGHLIN, Respondent, v. REDDINGTON, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 7, 1913.) Action by Joseph McLaughlin against John M. Reddington. PER CURIAM. Interlocutory judgment affirmed with costs, with leave to the defendant to plead over within 20 days upon payment of the costs of the demurrer and of this appeal.

In re McMAHON. (Supreme Court, Appellate Division, Second Department. May 9, 1913.) In the matter of the application of James McMahon, as sole trustee, etc., of Rose Devereux McMahon, deceased. PER CURIAM. Order reversed with $10 costs and disbursements, and motion granted, but without prejudice to the right of respondent to apply for a modification of the order, entered herein, directing a sale of the trust estate so as to charge the expenses of the special proceeding against the interest of said estate.

MAIS–WAGENER v. INTERBORO RAPID TRANSIT CO. (Supreme Court, Appellate Division, First Department. April 11, 1913.) Action by Louisa Mais-Wagener against the Interboro Rapid Transit Company. No opinion. Application denied, with $10 costs. Order signed.

MALLORY, Respondent, v. NORTHERN CENT. RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 21, 1913.) Action by Bradley T. Mallory against the Northern Central Railway Company. No opinion. Judgment and order affirmed, with costs.

MALONEY, Respondent, v. SMITH et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 11, 1913.) Action by Robert W. Maloney, as receiver, etc., against Margaret L. Smith and others. No opinion. Motion denied, without costs.

In re MANHATTAN BRIDGE THREE CENT LINE. (Supreme Court, Appellate Division, Second Department. May 6, 1913.) In the matter of the application of the Manhattan Bridge Three Cent Line for the appointment of commissioners, etc. No opinion. Motion granted, and order signed. See, also, 140 N. Y. Supp. 1130; 141 N. Y. Supp. 1130.

In re MANHATTAN BRIDGE THREE CENT LINE. (Supreme Court, Appellate Division, First Department. May 23, 1913.) In the matter of the Manhattan Bridge Three Cent Line. No opinion. Report confirmed. Order filed. See, also, 141 N. Y. Supp. 1130.

MARRA, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 11, 1913.) Action by Harry Marra against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 139 App. Div. 707, 124 N. Y. Supp. 443.